# United States Court of Appeals
## For the First Circuit

No. 07-1982

UNITED STATES OF AMERICA,

Appellee,

v.

BENITO GRULLON, a/k/a QUICO,

Defendant, Appellant.

**ERRATA**

The opinion of this Court, issued on October 24, 2008, should be amended as follows:

On page 5, line 5, "Grulllon's" should be "Grullon's".